08 CV 02054

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ANTHONY RUIZ,

               Plaintiff,

- against -

THE CITY OF NEW YORK and JOHN DOE 1-3, the names being fictitious and presently unknown, being employees of the New York City Police Department,

               Defendants.

**SUMMONS IN A CIVIL CASE**

To:    THE CITY OF NEW YORK, 100 Church Street, New York, New York 10007
         JOHN DOE 1-3, New York City Police Department, 83rd Precinct,
         480 Knickerbocker Avenue, Brooklyn, New York 11237

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

Matthew Flamm, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 29 2008

J. MICHAEL McMAHON
CLERK

_____
DEPUTY CLERK

_____
DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 2/29/08 |
| NAME OF SERVER (PRINT) Matthew Flamm | TITLE Attorney |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: NYC Law Department, 100 Church Street, N.Y., N.Y. 10005

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $4.00 | SERVICES $25.00 | TOTAL $29.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/29/08
Date

Signature of Server

26 Court Street, Bklyn NY 11242
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.