ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

RECEIVED
MAR 17 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

David M. Pollack
*Assistant Corporation Counsel*
Special Federal Litigation Division
Tel.: (212) 788-1894
Fax: (212) 788-9776

March 17, 2008

By Facsimile Transmission
(212) 805-7901
Honorable Harold Baer, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Anthony Ruiz v. City of New York, et al., 08 CV 2054 (HB)

Dear Judge Baer:

    I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York. I am writing to respectfully request a sixty-day enlargement of time from March 20, 2008 to May 20, 2008, within which this office may answer or otherwise respond to the complaint. Matthew Flamm, Esq. counsel for plaintiff, has consented to the requested extension. This is the City's first request for an enlargement of time in this action.

    The complaint alleges, *inter alia*, that plaintiff was subjected to false arrest/imprisonment and was unlawfully strip searched. In addition to the City of New York, plaintiff purports to name unknown John Doe 1-3, employees of the New York City Police Department. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter and file an informed responsive pleading.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until May 20, 2008. This request will have no effect upon the initial pre-trial conference currently scheduled for April 17, 2008 at 3:45 pm.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

*[Handwritten notation: 60 days to May granted on consent SO ORDERED]*
Harold Baer, Jr., U.S.D.J.
3/19/08

cc: By Facsimile Transmission
(718) 522-2026
Matthew Flamm, Esq.
26 Court Street, Suite 600
Brooklyn, New York 11242

2