UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Document 8     Filed 07/15/2008     Page 1 of 1
------------------------------------------------------------x
                                          :              ORDER OF REFERENCE
                                          :              TO A MAGISTRATE JUDGE
Plaintiff,                                :
Anthony Ruiz                              :    C8-CV-CLC54 (HB)(KE)
          -v-                             :
                                          :
Defendant.                                :
The City of New York                      :
                                          x
------------------------------------------------------------

                                                    ELLIS
          The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

☒ Specific Non-Dispositive Motion/Dispute:*
     issues relating to July 14, 2008
letter from Plaintiff's counsel.

| | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |

| | Habeas Corpus |

| | Social Security |

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: through August 4, 2008

| | Settlement* |

| | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

| | Inquest After Default/Damages Hearing |

| | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated  July 15, 2008

                                          SO ORDERED

                                          _____
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08